UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RCB INTERNATIONAL, LTD.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LABBEEMINT, INC.,<br><br>    Defendants. | NO. 1:16-cv-03109-SAB<br><br>**ORDER RE<br>PENDING MOTIONS** |

Before the Court are a surfeit of motions relating to Labbeemint's motion to dismiss and RCB's attempts to conduct discovery. ECF Nos. 21, 24, 25, 28. These motions include Labbeemint's 12(b)(6) Motion to Dismiss, ECF No. 21, Motion for Protective Order Staying Discovery Until the Motion to Dismiss is Resolved, ECF No. 25, and a Motion to Expedite the motion to stay discovery. ECF No. 24. RCB has filed a Motion for Extension of Time to file a response to Labbeemint's motion to dismiss. ECF No. 28.

On July 25, 2016, RCB filed a First Amended Complaint. ECF No. 31. The First Amended Complaint supersedes RCB's original complaint and renders Labbeemint's motion to dismiss moot. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1261 (9th Cir. 1992). With the Motion to Dismiss moot, the motion to stay discovery until the resolution of the motion to dismiss, and its accompanying motion to expedite, as well as RCB's motion for extension of time to respond to the motion to dismiss, are all moot as well.

**ORDER RE PENDING MOTIONS** # 1

In its reply in support of the motion for a protective order, Labbeemint objects to RCB's amended complaint as untimely. ECF No. 32. RCB missed the cut-off for amending the complaint as a matter of course by three days. However, the Court grants leave for the untimely filing because it does not prejudice the Defendant in this case.[1]

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Dismiss, ECF No. 21, is **DENIED AS MOOT**.
2. Defendant's Motion to Expedite, ECF No. 24, is **DENIED AS MOOT**.
3. Defendant's Motion for Protective Order Staying Discovery Until the Motion to Dismiss is Resolved, ECF No. 25, is **DENIED AS MOOT**.
4. Plaintiff's Motion for Extension of Time, ECF No. 28, is **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 1st day of July 2016.



Stanley A. Bastian
United States District Judge

---

[1] Counsel for RBC would be well served to review the Federal Rules of Civil Procedure, particularly Rule 15, which sets out rules for amending and supplementing pleadings, and Rule 26(d), which states "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)."

**ORDER RE PENDING MOTIONS** # 2