FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RCB INTERNATIONAL, LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>LABBEMINT, INC.,<br><br>    Defendant. | No. 1:16-cv-03109-SAB<br><br><br><br>**ORDER DISMISSING CASE** |

    Before the Court is the parties' Stipulation of Dismissal, ECF No. 263. At trial, the parties informed the Court that a settlement had been reached and the Court the ordered that the parties file a stipulation of dismissal within fourteen days. ECF No. 262. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes the parties, the Court accepts the stipulation, enters it into the record, and dismisses the remaining claims in the above-captioned case.

//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE** + 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, ECF No. 263, is **accepted** and **entered** into the record.

2. The remaining claims and counterclaims in the above-captioned case are **dismissed with prejudice**.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

Dated this 27th day of December 2017.



                         Stanley A. Bastian
                      United States District Judge

**ORDER DISMISSING CASE** + 2